**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**TIBAL CLARKE,**
Reg. #97273-071                                                                                          **PLAINTIFF**

v.                            Case No. 2:13-cv-26-KGB-JTR

**JOHN DOES 1-3,**
**Warden, Medical Director,**
**and Clinical Director, FCI-FI, et al.**                                              **DEFENDANTS**

**ORDER**

The Court ordered Mr. Clarke to file, on or before September 10, 2013, a motion for service containing the names and addresses of the John Doe defendants, as well as a service address for defendant Jerald Jones (Dkt. No. 56). Mr. Clarke was advised that, if he failed timely to do so, defendants Doe and Jones would be dismissed from this action due to a lack of service. *See* Fed. R. Civ. P. 4(m); *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant).

Mr. Clarke has not filed a motion for service, and the time for doing so has expired. Therefore, defendants Does and Jones are dismissed without prejudice due to a lack of service.

SO ORDERED this 16th day of October, 2013.

_____
Kristine G. Baker
United States District Judge