# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

TIBAL CLARKE,
Reg. #97273-071                                                                    PLAINTIFF

V.                                    2:13CV00026 KGB/JTR

ELLA TAYLOR, Registered Nurse,
FCI-Forrest City, et al.                                                          DEFENDANTS

## ORDER

In compliance with the February 20, 2014 Order, Defendants have filed a Supplemental Response to Plaintiff's Motion for an Extension of Time to respond to dispositive Motions. *Docs. 93, 97, & 98.* Defendants have also filed a sealed exhibit containing a sworn Declaration from Dr. Carden, who is Plaintiff's oncologist, as well as Plaintiff's relevant medical records. *Doc. 98, Ex. A.*

It is clear from the sealed medical information that Plaintiff is not currently experiencing any symptoms that would prevent him from responding to the pending dispositive motions or otherwise litigate this case. Thus, he will only be given an additional fourteen days to file his Response, and any Supplemental Responses, to Defendants' dispositive Motions.[1]

---

[1] Plaintiff has already filed a single Responses to Defendant Winkler's and Defendant Vitvitsky's separate Motions for Summary Judgment. *Doc. 94.* Plaintiff has not, at this time, filed a Response to Defendant Outlaw's Motion to Dismiss.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must file, **on or before March 24, 2014,** his Response to Defendant Outlaw's Motion to Dismiss (*Doc. 81*). Plaintiff is advised that if he fails to timely do so, his claims against Defendant Outlaw will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

2. Plaintiff may, if he so chooses, file Supplemental Responses to Defendant Vitvisky's and Winkler's Motions for Summary Judgment (*Docs. 83 & 88*) **on or before March 24, 2014.**

Dated this 10th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE