**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**TIBAL CLARKE,**
**REG. #97273-071**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 2:13-cv-00026 KGB-JTR**

**ELLA TAYLOR, et al.**                                                                **DEFENDANTS**

## ORDER

Before the Court is a joint motion to dismiss with prejudice (Dkt. No. 138).  The parties inform the Court that all claims by and among the parties have been resolved per settlement conference.  They request that the Court enter an Order of dismissal with prejudice, and the parties ask that the Court retain jurisdiction over the settlement agreement.

The Court grants the joint motion to dismiss with prejudice (Dkt. No. 138).  The Court will retain jurisdiction over this matter for a period of 90 days from the date of this Order to enforce the terms of the settlement agreement.  The parties may move for an extension of time for the Court to retain jurisdiction if such an extension becomes necessary.

So ordered this the 7th day of April, 2016.

_____
Kristine G. Baker
United States District Judge